Lawrence Leonard STEIN, aka Larry Stein, Bankrupt, Appellant,

v.

UNION BANK, Appellee.

No. 25078.

United States Court of Appeals, Ninth Circuit.

Jan. 15, 1971.

Hiram W. Kwan, Los Angeles, Cal., for appellant.

Myron W. Curzon, Los Angeles, Cal., for appellee.

Before CHAMBERS, TUTTLE * and ELY, Circuit Judges.

* The Honorable Elbert P. Tuttle, Senior Circuit Judge, Fifth Circuit, sitting by designation.

---

1. Harris v. State of North Carolina et al., D.C., 320 F.Supp. 770.

PER CURIAM:

Stein has been denied a discharge in bankruptcy because of a finding of the referee that he failed to keep books and records from which his financial condition might be ascertained. See 11 U.S.C. § 32(c) (2). On review, the district court affirmed; and, on appeal we affirm.

We cannot find on the record before us the referee's critical findings or the challenged order of the district court to have been erroneous.